# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 7, 2016

153653

AUTO-OWNERS INSURANCE COMPANY,
        Plaintiff/
        Counterdefendant-Appellant,

v

CODY WILSON, by his Guardian Ad Litem and
Next Friend, Philip Wilson, and PHILIP WILSON,
Individually,
        Defendants/
        Counterplaintiffs-Appellees,
and

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
        Defendant-Appellee,
and

AUTO-OWNERS INSURANCE COMPANY,
        Third-Party Plaintiff-Appellant,
v

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
        Third-Party Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 153653
COA: 330686
Ingham CC: 13-000722-CK

On order of the Court, the application for leave to appeal the March 22, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 7, 2016



                  Clerk

t1130